UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| TRUE CHEMICAL SOLUTIONS, LLC | § | |
| | § | |
| vs. | § | NO:  MO:18-CV-00078-DC |
| | § | |
| PERFORMANCE CHEMICAL COMPANY, | § | |

**ORDER TO TRANSFER**

    The above-named and numbered case is transferred from the docket of U.S. District Judge David Counts to the docket of U.S. District Alan Albright both judges having consented to the transfer.

    It is therefore ORDERED the above-named and numbered case is hereby TRANSFERRED to the docket of U.S. District Judge Alan Albright.  Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.  All Orders shall remain in effect unless otherwise ordered by Judge Albright.

    It is so **ORDERED**.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE