# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| TRUE CHEMICAL SOLUTIONS, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | MO:18-CV-00078-ADA |
| | § | |
| PERFORMANCE CHEMICAL COMPANY | § | |

## ORDER SETTING PRETRIAL CONFERENCE BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE BY ZOOM** on **Monday, March 29, 2021 at 08:00 AM**.

IT IS SO ORDERED this 25th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE